| State v. Brenizer | 2015AP002181 | 06–06–2017 | Reversed and remanded |
| State v. Zastrow | 2015AP002182 CRAC | 06–27–2017 | Reversed and remanded |
| Ocwen Loan Servicing LLC v. Weber | 2015AP002276 | 06–08–2017 | Affirmed |
| Carter v. Haley | 2015AP002335 | 06–14–2017 | Affirmed |
| Jackson County v. G. B. | 2015AP002458 | 06–29–2017 | Affirmed |
| State v. Paape† | 2015AP002462 CR | 06–28–2017 | Modified/ affirmed/ remanded |
| State v. Triggs | 2015AP002533 CR | 06–13–2017 | Reversed and remanded |
| State v. Hilgenberg† | 2015AP002586 CR | 06–20–2017 | Affirmed/ reversed/ remanded |
| State v. Hopkins† | 2015AP002588 CR | 06–06–2017 | Affirmed |
| State v. Maher | 2015AP002658 | 06–29–2017 | Reversed and remanded |
| State v. Taylor† | 2016AP000068 | 06–20–2017 | Affirmed |
| State v. Jones† | 2016AP000278 CR | 06–13–2017 | Affirmed |
| State v. Thompson-Jones† | 2016AP000361 CR | 06–01–2017 | Affirmed |
| State v. Reynolds† | 2016AP000420 CR | 06–22–2017 | Affirmed |
| State v. Lee-Kendrick† | 2016AP000627 | 06–27–2017 | Affirmed |
| State v. Smith† | 2016AP000638 CR | 06–27–2017 | Affirmed |
| State v. Young† | 2016AP000657 CR | 06–20–2017 | Affirmed |
| State v. Taylor† | 2016AP000682 CR | 06–27–2017 | Affirmed |
| State v. Sierra-Lopez† | 2016AP000704 CR | 06–27–2017 | Affirmed |
| State v. Harris† | 2016AP000730 | 06–06–2017 | Dismissed |
| State v. Johnson | 2016AP000745 CR | 06–28–2017 | Affirmed |

† Petition to review filed.